UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

US CIV 6231

| | |
|---|---|
| EURO-PRO Operating LLC,<br>d/b/a EURO-PRO Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EUROFLEX AMERICAS<br>EUROFLEX SRL, ITALY<br>ANDREA MILANESE<br>PIER ANTONIO MILANESE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO._____ (Civil)

ECF CASE

RECEIVED
JUL 09 2008
U.S.D.C. S.D. N.Y.
CASHIERS

## PLAINTIFF EURO-PRO OPERATING LLC'S RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel of record for Plaintiff Euro-Pro Operating LLC ("Euro-

Pro"), a non-governmental limited liability company, certifies as follows:

Euro-Pro is a privately owned entity. Euro-Pro's parent corporations are Euro-Pro

Midco, LLC and New Euro-Pro Holding, LLC. No publicly held corporation owns 10%

or more of either the Euro-Pro or its parent corporations' membership units.

1

Dated: New York, New York
      July 9, 2008

Respectfully submitted,

Michael C. Hartmere (MH-6839)
VENABLE LLP
1270 Avenue of the Americas, 25th Floor
New York, New York  10020
Phone: (212) 307-5500
Fax: (212) 307-5598
mchartmere@venable.com

OF COUNSEL:
Roger Colaizzi
Mary Ellen R. Himes
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
Phone:  (202) 344-4356
Fax:  (202) 344-8300
racolaizzi@venable.com
mehimes@venable.com

2