UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EURO-PRO OPERTAING LLC, d/b/a EURO-PRO CORPORATION, |      Index No.: 2008 CIV 6231

                        Plaintiff,
-against-

                       **AFFIDAVIT OF SERVICE**

EUROFLEX AMERICAS, EUROFLEX SLA, ANDREA MILANESE
and PIER ANTONIO MILANESE,
                        Defendants.
---------------------------------------------------------------X

STATE OF NEW YORK             )
                                        ) ss.:
COUNTY OF NEW YORK      )

         **RONALD GUEST,** being duly sworn, deposes and says:

         1.      That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

         2.      That on July 15, 2008, at approximately 10:28 a.m., I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION, and COMPLAINT, Electronic Case Filing Rules & Instruction, Individual Practices Of Magistrate Judge Henry Pitman and Individual Practices Of the Honorable Harold Baer, Jr.,** all upon **EUROFLEX AMERICAS,** by Personal Delivery, via Mr. Stojan Dragovich, who identified himself as the "Owner" as well as being duly authorized to accept service on behalf of Euroflex Americas, which service was effected at their actual place of business indicated below:

                 EUROFLEX AMERICAS
                 50 Broad Street / 19th Floor
                 New York, New York 10004

         3.      **Mr. Stojan Dragovich** can best be described as:

Male – White skin – Brown eyes - Gray hair - Approximately 44 – 54, years of age, 5'11" – 6'2" and 195 – 240 lbs.

Dated:   July 15, 2008
            New York, New York

                                                             _____
                                                             RONALD GUEST
                                                             License No.: 1282614

Sworn to before me on this the 15th day of July 2008.

_____
      NOTARY PUBLIC

                                  HOLLY ROLDAN
                             Notary Public, State of New York
                                     No. 01RO6125752
                             Qualified In New York County
                             Commission Expires April 20, 20__

---

RAPID & RELIABLE ATTORNEY SERVICE, CORP.                                               POST OFFICE BOX 3265
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-                          NEW YORK, NEW YORK 10268
                                                                                         212-608-1555

*"We've built our reputation on your satisfaction"*