UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EURO-PRO OPERATING LLC, d/b/a
EURO-PRO CORPORATION,,

    Plaintiff,

-against-

EUROFLEX AMERICAS, EUROFLEX
SRL, ITALY, ANDREA MILANESE, PIER
ANTONIO MILANESE,

    Defendant.

CASE No. 08 CIV 6231 (HB)

ECF CASE

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1. Defendants Euroflex Americas, Euroflex SRL, Andrea Milanese and Pier Antonio Milanese (collectively, "Defendants") agree to accept and will not raise objections to service of process of the Summons and Complaint in the action;

2. Notwithstanding the foregoing acceptance of service of process, Defendants reserve and do not waive any of their defenses, including, without limitation, defenses based upon the lack of personal jurisdiction of the Court over each or any of Defendants in the action;

3. Defendant Euroflex Americas shall answer, move or otherwise respond to the Complaint on or before September 18, 2008;

4. Defendants Euroflex SRL, Andrea Milanese and Pier Antonio Milanese shall answer, move or otherwise respond to the Complaint on or before November 3, 2008;

5. This stipulation may be executed in counterparts and facsimile and/or electronic signatures shall be deemed the equivalent of original signatures.

Dated: New York, New York
       August 25, 2008

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | VENABLE LLP |
| By: _____ | By: _____ |
| Gregory A. Clarick | Michael C. Hartmere |
| 7 Times Square | 1270 Avenue of the Americas |
| New York, New York 10036 | New York, New York 10020 |
| Telephone: (212) 790-4500 | Telephone: (212) 307-5500 |
| Fax: (212) 790-4545 | Fax: (212) 307-5598 |
| gclarick@manatt.com | mchartmere@venable.com |
| Attorneys for Defendants | Roger A. Colaizzi |
| | Mary Ellen R. Himes |
| | Venable LLP |
| | 575 7th Street, N.W. |
| | Washington, DC 20004 |
| | Telephone: (202) 344-4000 |
| | Fax: (202) 344-8300 |
| | racolaizzi@venable.com |
| | mehimes@venable.com |

SO ORDERED:

_____
U.S.D.J.

80430904.1

-2-